United States Bankruptcy Court
District of Maryland

In re:                                                                 Case No. 15-18006-WIL
Farah Shirazi                                                          Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0416-0      User: pneal      Page 1 of 2      Date Rcvd: Jun 05, 2015
                         Form ID: B9A      Total Noticed: 38

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 07, 2015.

```
db              +Farah Shirazi,    15812 Mount Everest Lane,    Silver Spring, MD 20906-1012
29264645         Abbey Wellman, M.D.,    6280 Montrose Road,    Rockville, MD 20852-4119
29264649         Cigna,    P.O. Box 182223,    Chattanooga, TN 37422-7223
29264965        +Comptroller of the Treasury,    Compliance Division, Room 409,    301 W. Preston Street,
                  Baltimore, MD 21201-2305
29264652         Creditor Claims Of America Incorporated,    P.O. Box 7579,    Silver Spring, MD 20907-7579
29264653        +Daniel T. Conway,    Atlantic Law Group, LLC,    512 East Market Street,
                  Georgetown, DE 19947-2255
29264654        +David Schlee,    Attorney For Plaintiff Discover,    PO Box 2780,
                  Farmington Hills, MI 48333-2780
29264655        +Deanna Hackworth,    Attorney For Plaintiff Portfolio Recover,    P.O. BOX 12903,
                  Norfolk, VA 23541-0903
29264657        +EMA-MedStart Montgomery Medical,    18101 Prince Philip Dr,    Olney, MD 20832-1514
29264658         Emergency Medicine Associates,    P.O. Box 37610,    Baltimore, MD 21297-3610
29264660        +Keith Yacko,    484 VIKING DRIVE SUITE 203,    VIRGINIA BEACH, VA 23452-7321
29264663        +LCA Collections,    P.O. Box 2240,    Burlington, NC 27216-2240
29264662         LabCorp,    P.O. Box 2240,    Burlington, NC  27216-2240
29264664        +Nathan D. Willner,    Atty For Plaintiff Capital One,    10461 Mill Run Circle, Ste 825,
                  Owings Millls, MD 21117-5549
29264665        +Penn First Financial Services, Inc.,    690 Stockton Drive, Suite 30,    Exton, PA 19341-1154
29264667        +Potomac Obstetrics & Gynecology,    2301 Research Blvd Ste 210,    Rockville, MD 20850-3293
29264669        +Potomac Pediatrics,    P.O. Box 986,    Silver Spring, MD 20910-0986
29264670         Riverside Commerce Center,    100 Corporate Boulevard,    Norfolk, VA  23502
29264671        +Robert E. Frazier,    Brook & Scott PLLC,    484 Viking Drive, Suite 203,
                  Virginia Beach, VA 23452-7321
29264966        +State of Maryland DLLR,    Division of Unemployment Insurance,    1100 N. Eutaw Street, Room 401,
                  Baltimore, MD 21201-2225
29264672         Sussex County Utility Billing Division,    P.O. Box 601,    Georgetown, DE  19947-0601
29264964        +Taxing Authority of Montgomery County,    Division of Treasury,    255 Rockville Pike, Ste. L-15,
                  Rockville, MD 20850-4188
29264673         The Dermatology Center,    19735 Germantown Road Suite 210,    Germantown, MD  20874-1217
29264674        +The Reserves Of Nassau,    17563 Nassau Commons Blvd. Suite 3,    Lewes, DE 19958-1793
29264675        +The Reserves Of Nassau Condominium Assoc,    33292 Coastal Highway, Suite 3,
                  Bethany Beach, DE 19930-3703
29264676         United Consumers INC,    P.O. Box 4466,    Woodbridge, VA  22194-4466
29264677        +William K. Scott,    Atty For Plaintiff Reserves Of Nassau,    33292 Coastal Highway, Suite 3,
                  Bethany Beach, DE 19930-3703
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty              E-mail/Text: kperkins@mdlab.org Jun 05 2015 19:28:06     Kelly Ann Perkins,    Legal Aid Bureau,
                  600 Jefferson Plaza,    Suite 430,    Rockville, MD  20852
tr              +EDI: QCEROSE.COM Jun 05 2015 19:23:00      Cheryl E. Rose,    12154 Darnestown Road,    #623,
                  Gaithersburg, MD 20878-2206
29264646         EDI: BANKAMER.COM Jun 05 2015 19:23:00      Bank Of America,    P.O. Box 982235,
                  El Paso, TX  79998-2235
29264647        +EDI: CAPITALONE.COM Jun 05 2015 19:23:00      Capital One Bank (USA), N.A.,    P.O. Box 30281,
                  Salt Lake City, UT 84130-0281
29264648        +EDI: CHASE.COM Jun 05 2015 19:33:00      Chase Card,    P.O. Box 15298,
                  Wilmington, DE 19850-5298
29264650        +EDI: CITICORP.COM Jun 05 2015 19:23:00      Citi Cards/Citi Bank,    P.O. Box 6241,
                  Sioux Falls, SD 57117-6241
29264651        +EDI: CITICORP.COM Jun 05 2015 19:23:00      Citi Cards/CitiBank,    P.O. Box 6241,
                  Sioux Falls, SD 57117-6241
29264656         EDI: DISCOVER.COM Jun 05 2015 19:23:00      Discover Financial Services,    PO Box 15316,
                  Wilmington, DE  19850
29264659        +EDI: HFC.COM Jun 05 2015 19:23:00      HSBC Bank,    PO Box 5253,    Carol Stream, IL 60197-5253
29264661        +EDI: CBSKOHLS.COM Jun 05 2015 19:23:00      Kohls/Capone,    P.O. Box 3115,
                  Milwaukee, WI 53201-3115
29264666         EDI: PRA.COM Jun 05 2015 19:23:00      Portfolio Recovery Associates,
                  120 Corporate Blvd, Ste 100,    Norfolk, VA  23502
                                                                                              TOTAL: 11

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
29264668*       +Potomac Obstetrics And Gynecology,    2301 Research Blvd Ste 210,    Rockville, MD 20850-3293
                                                                                  TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0416-0          User: pneal              Page 2 of 2              Date Rcvd: Jun 05, 2015
                              Form ID: B9A             Total Noticed: 38
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 07, 2015                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 4, 2015 at the address(es) listed below:
              Cheryl E. Rose    trusteerose@aol.com,   crose@ecf.epiqsystems.com
              Kelly Ann Perkins    kperkins@mdlab.org
                                                                                            TOTAL: 2
```

B9A (Official Form 9A) (Chapter 7 Individual or Joint Debtor No Asset Case) (12/12)   Case Number **15–18006**

# UNITED STATES BANKRUPTCY COURT
District of Maryland

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 6/4/15.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights.
All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below.
NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

**Creditors –– Do not file this notice in connection with any proof of claim you submit to the court.**
**\*\*\* See Reverse Side For Important Explanations and Possible Dismissal \*\*\***

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Farah Shirazi
aka Farah Pizzi
15812 Mount Everest Lane
Silver Spring, MD 20906

| Case Number:<br>15–18006   WIL | Social Security / Individual Taxpayer ID / Employer Tax ID / Other nos:<br>xxx–xx–4307 |
|---|---|
| Attorney for Debtor(s) (name and address):<br>Kelly Ann Perkins<br>Legal Aid Bureau<br>600 Jefferson Plaza<br>Suite 430<br>Rockville, MD 20852<br>Telephone number:  301–637–1062 | Bankruptcy Trustee (name and address):<br>Cheryl E. Rose<br>12154 Darnestown Road<br>#623<br>Gaithersburg, MD 20878<br>Telephone number:  301–527–7789 |

## Meeting of Creditors
Date: **July 14, 2015**                                        Time: **09:30 AM**
Location: **6305 Ivy Lane, Sixth Floor, Greenbelt, MD 20770**

## Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*
The presumption of abuse does not arise.

## Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts: 9/14/15**
**Deadline to Object to Exemptions:** Thirty (30) days after the *conclusion* of the meeting of creditors.

## Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

## Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

## Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| **Address of the Bankruptcy Clerk's Office:**<br>Greenbelt Division<br>6500 Cherrywood Lane, Ste. 300<br>Greenbelt, MD 20770<br>Telephone number:  (301) 344–8018 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Mark A. Neal |
|---|---|
| Visit www.mdb.uscourts.gov for court hours | Date:  6/5/15 |

## EXPLANATIONS
B9A (Official Form 9A) (12/12)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Possible Dismissal** | Debtor's failure to comply with the filing requirements of the Bankruptcy Code § 521(a)(1) within 45 days of the filing of the petition will result in the automatic dismissal of this case pursuant to § 521(i)(1). |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. For free legal advice, visit http://www.mdb.uscourts.gov/ and click on Don't Have an Attorney. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline.<br>*Do not include this notice with any filing you make with the court.* |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code § 727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code § 523(a)(2), (4), or (6), you must file a complaint –– or a motion if you assert the discharge should be denied under § 727(a)(8) or (a)(9) –– in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts" listed on the front of this form. The bankruptcy clerk's office must receive the complaint or motion and any required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

Refer to Other Side for Important Deadlines and Notices