# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

**Date: 7/23/15**

In re:   Case No.:   15–18006 WIL   Chapter:   7

Farah Shirazi
Debtor(s)

# DEFICIENCY NOTICE

| | |
|---|---|
| DOCUMENT: | 16 – Amended Schedules filed: Schedule D, on Behalf of Farah Shirazi. Fee Amount $30 Filed by Frank Anthony Vitale. (Attachments: # 1 Amended Creditor Matrix) (Vitale, Frank) |
| PROBLEM: | **The following items are deficient for the above pleading, and must be cured by 8/6/15.** |
| CURE: | #1 – A Certificate of Service on the Amended Schedules and the Notice of Meeting of Creditors must be filed. (Local Bankruptcy Rule 1007–3(a)–(b), 1009–1(a)–(c)) |
| | #2 – The debtor's declaration under penalty of perjury must be filed. (Federal Bankruptcy Rule 1008) |
| | #3 – An Amended Verification of Creditor Matrix was not filed. |
| | #4 – The Amended Matrix does not reflect ONLY the newly–added creditors. File an Amended Creditor Matrix. |
| CONSEQUENCE: | Failure to cure the problem(s) by the date above may result in the pleading being stricken or other action the Court deems appropriate without further notice. For a proposed order, the failure to cure the problem(s) may result in the relief sought being denied for want of prosecution. |

**Additional information on filing requirements: http://www.mdb.uscourts.gov/content/filing–requirements.**
**Additional information for non–attorney filers: http://www.mdb.uscourts.gov/content/after–filing.**

Mark A. Neal, Clerk of Court
by Deputy Clerk, Phaedra Neal  301–344–3371

cc:   Debtor(s)
      Attorney for Debtor(s) – Frank Anthony Vitale

Form defntc (11/2013)