Entered: September 22, 2015
Signed: September 22, 2015

**SO ORDERED**



# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

**In re:   Case No.:  15–18006 – WIL     Chapter:  7**

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Farah Shirazi
aka Farah Pizzi
15812 Mount Everest Lane
Silver Spring, MD 20906

Social Security No.:   xxx–xx–4307

Employer's Tax I.D. No.:

# FINAL DECREE

Petition for Relief under Chapter 7 of Title 11, U.S. Code was filed by or against the above−named debtor(s) on 6/4/15.

The estate of the above−named debtor(s) has been fully administered.

ORDERED, that Cheryl E. Rose is discharged as trustee of the estate of the above−named debtor(s); and the Chapter 7 case of the above named debtor(s) is closed.

**End of Order**

**fnldec** – *admin*